03/30/2007  15:03   707-578-3040           EDGAR LAW FIRM                 PAGE 01/04
03/28/2007  10:47 FAX  415 391 8269        REED SMITH LLP                 ☒002/005

Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 174118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: 213.457.8000
Facsimile: 213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
Tiffany Renee Thomas (SBN 246120)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Telephone: 415.543.8700
Facsimile: 415.391.8269
Email: sboranian@reedsmith.com
tthomas@reedsmith.com

Attorneys for Defendant
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HOWARD REECE, an individual | No.: 3:07-cv-01520-SC |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657 |
| vs. | |
| MERCK & COMPANY, INC., a Corporation; MCKESSON CORPORATION, a Corporation; and DOES 1 through 50, inclusive. | |
| Defendants. | |

— 1 —

1. The parties, by and through their counsel, stipulate to and respectfully request a stay of all proceedings in this action pending the transfer of this case to *In re VIOXX Products Liability Litigation*, MDL No. 1657.

Plaintiff alleges personal injuries attributed to the prescription drug Vioxx®. Defendant Merck & Co., Inc. ("Merck") manufactured and distributed Vioxx, but voluntarily withdrew Vioxx from the market on September 30, 2004.

On February 16, 2005, the Judicial Panel on Multidistrict Litigation ("JPML") issued an order transferring 148 Vioxx-related cases to the United States District Court for the Eastern District of Louisiana for coordinated pretrial proceedings under 28 U.S.C. § 1407. Merck intends to seek the transfer of this action to that Multidistrict Litigation, *In re VIOXX Products Liability Litigation*, MDL No. 1657, and will provide the JPML with notice of this action pursuant to the procedure for "tag along" actions set forth in the rules of the JPML. A stay will potentially conserve judicial resources and will not cause unfair prejudice to the parties. *See Rivers v. Walt Disney Co.*, 980 F. Supp. 1358, 1360 (C.D. Cal. 1997) (stay pending MDL transfer decision action would further judicial economy because "any efforts on behalf of this Court concerning case management will most likely have to be replicated by the judge that is assigned to handle the consolidated litigation").

Based on the foregoing, the parties respectfully request that the Court stay this action pending its transfer to MDL No. 1657.

03/30/2007  15:03    707-578-3040              EDGAR LAW FIRM                              PAGE 03/04
03/29/2007 10:48 FAX  415 391 8269          REED SMITH LLP                                 ☒ 004/005

1  DATED: ~~March~~ April 3, 2007.

2

3  REED SMITH LLP

4  By _____
   Tiffany Renee Thomas
5  Attorney for Defendant
   Merck & Co., Inc.

6

7  DATED: March 30 2007

8  EDGAR LAW FIRM

9

10 By _____
   Donald S. Edgar
11 Attorney for Plaintiff
   Howard Reece

12

13 DATED: ~~March~~ April 2, 2007.

14 MORRIS POLICH & PURDY

15

16 By _____
   Megan Wynne, Esq.
17 Attorney for Defendant
   McKesson Corp.

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Having considered the foregoing stipulation and good cause appearing therefore, IT IS SO ORDERED.

DATED:   4/5/07

*[Signature of Judge Samuel Conti]*
IT IS SO ORDERED
United States District Judge
Judge Samuel Conti

*[Seal: United States District Court, Northern District of California]*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

— 4 —
STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, Two Embarcadero Center, Suite 2000, San Francisco, CA 94111-3922. On April 3, 2007, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS PENDING TRANSFER TO *IN RE VIOXX PRODUCTS LIABILITY LITIGATION*, MDL NO. 1657**

☐ by transmitting via facsimile on this date from fax number 415.391.8269 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

☐ by transmitting via email to the parties at the email addresses listed below:

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Edgar Law Firm<br>408 College Avenue<br>Santa Rosa, CA 95401 | Attorney for Plaintiff Howard Reece |
| Megan S. Wynne, Esq.<br>Morris Polich & Purdy LLP<br>1055 West Seventh Street, Suite 2400<br>Los Angeles, CA 90017 | Attorney for Defendant McKesson Corporation |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 3, 2007, at San Francisco, California.

*Donna Borja*
Donna Borja